THE PEABODY HEIGHTS COMPANY OF BALTIMORE CITY *vs.* .PHILIP B. SADTLER, JOHN P. SADTLER and GEORGE T. SADTLER, Trustees under the will of PHILIP B. SADTLER.

*Appeal dismissed—Rule 27 of Supplemental Rules respecting Appeals.*

Where a judgment is rendered on the 3rd of December, 1883, and the appeal is not taken until the 3rd of March, 1884, the same will be dismissed, not having been taken within two months from the date of the judgment, according to the exigency of Rule twenty-seven of Supplemental Rules respecting appeals, which went into effect on the 1st of September, 1883.

APPEAL from the Circuit Court for Baltimore County.

This was an action of ejectment brought by the appellant against the appellees to recover the parcel of land described in the declaration. Issue was joined on the plea of not guilty, and the case was tried by consent before the Court, (FOWLER, J.,) a jury trial being waived. Prayers were offered on both sides. The Court refused those of the plaintiff, and granted those of the defendants. The plaintiff excepted. The verdict was for the defendants, and judgment was entered thereon on the 3rd of December, 1883, for costs. On the 3rd of March, 1884, the plaintiff appealed.

The cause was argued before ALVEY, C. J., YELLOTT, STONE, MILLER, ROBINSON, IRVING, and BRYAN, J.

*Winfield J. Taylor,* for the appellant.

*Frederick W. Story,* and *John T. Morris,* for the appellees.

10                    v. 62.

BY THE COURT:—By the Additional or Supplemental Rules respecting appeals, which took effect on the 1st of September, 1883, it is provided that the appeal must be taken within *two months* from the date of the judgment, instead of *nine months* as prescribed by the original Rules. In the present case, this rule has not been complied with. The record shows that the judgment was rendered on the 3rd of December, 1883, and the appeal was not taken until the 3rd of March, 1884. The appeal must therefore be dismissed.

*Appeal dismissed.*

(Decided 18th April, 1884.)